THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Darius Holcomb, Appellant.
 
 
 

Appeal From Spartanburg County
  J. Derham Cole, Circuit Court Judge

Unpublished Opinion No.  2004-UP-601
 Submitted December 1, 2003  Filed December 3, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, 
 for Respondent.
 
 
 

PER CURIAM:  In April 2003, Darius Holcomb 
 was tried and found guilty of three counts of kidnapping and one 
 count of armed robbery.  He was sentenced to eighteen years imprisonment.  Holcomb 
 appeals, arguing the single person show-up was unduly suggestive and conducive 
 to irreparable mistaken identification.  On appeal, counsel for Holcomb has 
 filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 asserting that there are no meritorious grounds for appeal and requesting permission 
 to withdraw from further representation.  Holcomb filed a pro se 
 response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
ANDERSON, STILWELL, and SHORT, JJ., concur.

 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.